PD-0947-15

Att; Court of Criminal Appeal. To, Austin

947-15

Aus 8. 2015
granted to
u la 15       PC
              9-18-15

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**
SEP 14 2015

Abel Acosta, Clerk

Re. NO. 14-14-00885-CR

Dear. Clerk

See I-60 inside

I' Requesting 10 to 15 Day Extention Due to Natural Gas Leak.
on Mark W. Michael unit Aus 20. 2015 Nurm I.C.U Admitt
Aus 20, 2015 til Aus 24. 2015 Day's Lost Perpering P.N.R
Also We are going on LockDown Sept 14, 2015 for 2 week's
Sept 28 or 29, 2015. Aslo My Sister Just receive my CD
Dis from my Lawyer. Processing copy as of now Sept 8. 2015
Such Recive them this week. Following the 8th

**FILED IN**
**COURT OF CRIMINAL APPEALS**
SEP 17 2015
Abel Acosta, Clerk

Please write me Back with Your Respond.
Mother 281-491-5258 Lowise-Ferguson (Mother) who informed
me she Receive the CD. and gave it to My oldesd Sister to -
Dawn Load Copy's A.S.A.P.

Patient ID 9630396          MR # 000242447

Palestine Regional
Medical Center

2900 South Loop 256
Palestine Tx. 75801
(903) 713-1000

Lock Down is within in two (2) week.
Making me Not aBle to complet p. D.R., research my
Case.

Also wait on CD Dis to Be Down Local this week.
Please. MR. Abel Acosta
    P.O. Box. 12308 Capitol sta
    Austin Tx. 78711.